```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEW JERSEY


ROBERT L. JENKINS, et al.,      :
                                :     Civil Action No. 10-0366 (RBK)
          Plaintiffs,           :
                                :
          v.                    :     ORDER
                                :
LOWE'S HOME CENTER, INC.,       :
et al.,                         :
                                :
          Defendants.           :     CLOSED
```

For the reasons expressed in the Opinion filed herewith,

IT IS on this  26th  day of   July  , 2010,

ORDERED that Plaintiff's application to proceed <u>in forma pauperis</u> is hereby granted, pursuant to 28 U.S.C. § 1915(a) and (b), for the limited purpose of filing and transferring this Complaint, and that the question whether to permit Plaintiff to proceed <u>in forma pauperis</u> is left to the discretion of the transferee court; and it is further

ORDERED that the Clerk of the Court shall file the Complaint without prepayment of fees or security; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey and the warden of Southern State Correctional Facility; and it is further

ORDERED that this action is TRANSFERRED to the United States District Court for the Middle District of Georgia; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this action.

                                                s/Robert B. Kugler
                                                Robert B. Kugler
                                                United States District Judge